■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY BOWENS, Appellant. [732 NYS2d 372] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (McDonald, J.), rendered June 24, 1999, convicting him of criminal possession of a weapon in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, the unsigned affidavit at issue was not *Rosario* material (*see, People v Rosario,* 9 NY2d 286, *cert denied* 368 US 866; *People v Robles,* 210 AD2d 264; CPL 240.44 [1]). In any event, the defendant failed to demonstrate that there was a reasonable possibility that the initial non-disclosure of the unsigned affidavit materially contributed to the result of the trial or suppression hearing (*see,* CPL 240.75; *People v Small,* 286 AD2d 513; *People v Sorbello,* 285 AD2d 88; *People v Wolf,* 284 AD2d 102). Ritter, J. P., Krausman, S. Miller and Florio, JJ., concur.